**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **5:98-CR-9** |
| | § | |
| **KENNETH PAUL GRAY** | § | |

<u>**MEMORANDUM ORDER**</u>

The above-entitled and numbered criminal action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636.  The Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration.  Both parties waived their right to file objections to the Report and Recommendation.  The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.  Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court.  Accordingly, it is hereby

**ORDERED** that Defendant's plea of true to the first allegation as set forth in the Government's petition is **ACCEPTED**.  Further, it is

**ORDERED** that Defendant's supervised release is **REVOKED**.  Based upon the Defendant's plea of true to the allegation and with no objection by the Defendant or the Government, the Court finds Defendant did violate his conditions of supervised release as alleged in the U.S. Probation Office's petition. Further, it is

**ORDERED** that Defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of twenty-one (21) months, ordered to run consecutive to the sentence ordered in Docket No. CR-2004-0036 of the Circuit Court of Union County, Arkansas, 13th Judicial District, First Division, with no term of supervised release to follow such term of imprisonment.  Further, it

is

**ORDERED** that all criminal monetary penalties are imposed in this revocation as previously ordered in the final judgment.  All payments collected will be credited towards outstanding balances.

**SIGNED this 30th day of June, 2005.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE